STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
REBECCA D. MARTINO (SBN 236094)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLENE C. MADKINS

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; MICHELLE WAGNER, and DOES 1 through 100,

Defendants.

CASE NO. 2:09-CV-01647-JAM-DAD

**ORDER DENYING PLAINTIFF'S MOTION TO REMAND TO SOLANO COUNTY SUPERIOR COURT**

**Date: September 23, 2009**
**Time: 9:00 a.m.**
**Courtroom: 6**
**Judge: Honorable John A. Mendez**

On September 23, 2009 at 9:00 a.m., plaintiff's motion to remand came on regularly for hearing in Courtroom 6 of the above-entitled Court before the Honorable John A. Mendez, Stephen P. Ellingson appearing on behalf of defendant State Farm Mutual Automobile Insurance Company and Edward Heffner, Jr. appearing on behalf of the plaintiff.

Having carefully reviewed the papers filed in support of, in opposition to, and in reply thereto, and good cause appearing, the Court hereby DENIES plaintiff's motion to remand this matter to Solano County Superior Court.

**IT IS SO ORDERED**.

Dated: September 30, 2009

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
JUDGE OF THE EASTERN DISTRICT OF CALIFORNIA

/// ////

PDF created with pdfFactory trial version www.pdffactory.com

Approved as to form:

____________________________

Edward Heffner, Jr.
Attorney for Plaintiff
Charlene Madkins

219718

-2-

PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO REMAND TO SOLANO COUNTY SUPERIOR COURT – CASE NO. CV01647-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com