STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE C. MADKINS<br><br>Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; MICHELLE WAGNER, and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:09-CV-01647-JAM-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO REVISE THE COURT'S PRE-TRIAL SCHEDULING ORDER** |

All parties, by and through their respective counsel, hereby stipulate to partially revise the court's Pre-Trial Scheduling Order as follows:

**I.**
**RECITALS**

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The parties have exchanged written discovery and responses.

2. State Farm Mutual Automobile Insurance Company ("State Farm") intends to file a motion for summary judgment, or in the alternative, partial summary judgment within the next few weeks. As such, the parties have agreed to wait until after the hearing on State Farm's motion for summary judgment, before proceeding with expert disclosures and expert depositions.

3. The parties do not seek to continue any deadlines other than the deadlines to exchange expert witness disclosures and serve disclosures of any rebuttal experts.  The parties do not seek to

247137                              -1-
**STIPULATION AND PROPOSED ORDER TO REVISE THE COURT'S PRE-TRIAL SCHEDULING ORDER – CASE NO. CV01647-JAM-DAD**

PDF created with pdfFactory trial version www.pdffactory.com

continue the trial date or the pretrial conference date.

Accordingly, the parties hereby stipulate to revising the Court's August 17, 2009 Pre-Trial Scheduling Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the court's Scheduling Order:

| | | |
|---|---|---|
| 1. | Disclosure of identities and reports of experts | June 24, 2010 (currently March 12, 2010) |
| 2. | Disclosure of Rebuttal Experts | July 8, 2010 (currently March 26, 2010) |
| 3. | Last day to complete non-expert discovery | September 17, 2010 (currently May 28, 2010) |
| 4. | Last day to file dispositive motions | October 20, 2010 (currently July 7, 2010) |
| 5. | Dispositive motion hearing | November 17, 2010 at 9:30 a.m. (currently August 4, 2010) |
| 6. | Joint pretrial statement due | February 4, 2011 (September 1, 2010) |
| 7. | Final pretrial conference | February 11, 2011 at 3:00 p.m. (currently September 8, 2010) |
| 8. | Jury trial | March 28, 2011 at 9:00 a.m. (currently October 18, 2010) |

Dated: March __, 2010                    HABBAS, AMENDOLA & NASSERI


By /s/ _____
EDWARD W. HEFFNER, JR.
Attorney for Plaintiff
CHARLENE MADKINS

247137

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March    , 2010                HAYES SCOTT BONINO ELLINGSON &
                                      McLAY, LLP

                                      By /s/
                                      STEPHEN M. HAYES
                                      STEPHEN P. ELLINGSON
                                      JAMIE A. RADACK
                                      Attorneys for Defendants
                                      STATE FARM MUTUAL AUTOMOBILE
                                      INSURANCE COMPANY

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the following dates have been revised:

1. Disclosure of identities and reports of experts    June 24, 2010
   (currently March 12, 2010)

2. Disclosure of Rebuttal Experts                     July 8, 2010
   (currently March 26, 2010)

3. Last day to complete non-expert discovery          September 17, 2010
   (currently May 28, 2010)

4. Last day to file dispositive motions               October 20, 2010
   (currently July 7, 2010)

5. Dispositive motion hearing                         November 17, 2010 at 9:30 a.m.
   (currently August 4, 2010)

6. Joint pretrial statement due                       February 4, 2011
   (September 1, 2010)

7. Final pretrial conference                          February 11, 2011 at 3:00 p.m.
   (currently September 8, 2010)

8. Jury trial                                         March 28, 2011 at 9:00 a.m.
   (currently October 18, 2010)

Dated: MARCH 17, 2010                 /s/ John A. Mendez
                                                              JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT
                                      FOR THE EASTERN DISTRICT OF
                                      CALIFORNIA

247137                        -3-

**STIPULATION AND PROPOSED ORDER TO REVISE THE COURT'S PRE-TRIAL SCHEDULING ORDER – CASE NO. CV01647-JAM-DAD**

PDF created with pdfFactory trial version www.pdffactory.com