1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  JAMIE A. RADACK (SBN 221000)
   jradack@hayesscott.com
4  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Pkwy., Ste. 480
5  Redwood City, CA 94065
   Telephone: 650.637.9100
6  Facsimile:  650.637.8071

7  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
8

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| CHARLENE C. MADKINS | CASE NO. 2:09-CV-01647-JAM-DAD |
|---|---|
| Plaintiff,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; MICHELLE WAGNER, and DOES 1 through 100,<br>Defendants. | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

   IT IS HEREBY STIPULATED by Plaintiff Charlene C. Madkins through her attorney of record, Edward W. Heffner, Jr. of the Law Offices of Habbas, Amendola & Nasseri, and Defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party to bear their own costs.

Dated: June 3, 2010                LAW OFFICES OF HABBAS, NASSERI & ASSOCIATES

                                   /s/
                                   EDWARD W. HEFFNER, JR.
                                   Attorney for Plaintiff
                                   CHARLENE C. MADKINS

265805                          -- 1 --

| | |
|---|---|
| Dated:  June 3, 2010 | HAYES SCOTT BONINO ELLINGSON & McLAY, LLP |

/s/
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| Dated: June  3, 2010 | /s/ John A. Mendez |
| | JOHN A. MENDEZ |
| | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

265805                                    -- 2 --

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER– CASE NO. CV01647-JAM-DAD**

PDF created with pdfFactory trial version www.pdffactory.com